TONY WEST
Assistant Attorney General
MICHAEL SITCOV
DEANNA LYNN DURRETT (NY Bar)
Deanna.L.Durrett@USDOJ.GOV
Attorneys, Federal Programs Branch
20 Massachusetts Ave NW (Courier)
P.O. Box 883 (US Mail)
Washington, DC 20044
Tel: 202-305-7589/Fax: 202-616-8202
Attorneys for Federal Defendants

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| CITY OF LAGUNA NIGUEL, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>Defendants. | Case No. 8:09-CV-00198-DOC-MLG<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br>Before the Honorable David O. Carter |

Pursuant to the Order filed on February 3, 2011 (Doc. No. 114), IT IS ORDERED AND ADJUDGED that Plaintiff recover nothing and the action be dismissed on the merits. The Court orders that judgment be entered in favor of the Defendants.

Dated: April 7, 2011

*/s/ David O. Carter*
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE

Presented by:

|    |    |    |
|----|----|----|
| 1  |  | TONY WEST |
| 2  |  | Assistant Attorney General |
| 3  |  | ANDRÉ BIROTTE JR |
| 4  |  | United States Attorney |
| 5  | OF COUNSEL | */s/ Deanna L. Durrett* |
| 6  |  | MICHAEL SITCOV |
| 7  | LYNDA PILGRIM | DEANNA LYNN DURRETT (NY Bar) |
|    | U.S. Department of Homeland | Deanna.L.Durrett@USDOJ.GOV |
| 8  | Security, | Attorneys, Federal Programs Branch |
|    | Federal Emergency | U.S. Department of Justice |
| 9  | Management Agency, | Civil Division |
|    | Office of Chief Counsel | Federal Programs Branch |
| 10 | Tel: (202) 646-2682 | P.O. Box 883 |
| 11 |  | Washington, D.C. 20044 |
|    |  | Tel: (202) 305-7589 |
| 12 |  | Fax: (202) 616-8202 |
| 13 |  | Counsel for Federal Defendants |